Mutimer Company *v.* Wagner (et al., Appellant).

Argued January 4, 1954. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY and MUSMANNO, JJ.

576

578

580

582

*David V. Shapiro,* with him *David E. Groshens* and *Shapiro, Rosenfeld & Stalberg,* for appellants.

*Cassin W. Craig,* with him *Wisler, Pearlstine, Talone & Gerber,* for appellee.

OPINION PER CURIAM, March 22, 1954:

The decree is affirmed on the opinion of President Judge KNIGHT. Costs to be paid by the appellants.